## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC.<br>    4022 Stonehaven Rd<br>    South Euclid, OH, 44121,<br><br>ELECTRICALIFORNIA<br>    9105 Tropico Drive<br>    La Mesa, CA 91941,<br><br>    and<br><br>RICK KEYSER,<br>    2952 Brooks Hollow Dr.<br>    Fremont, NE 68025,<br><br>Individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SIEMENS CORP. d/b/a SIEMENS USA,<br>    300 New Jersey Ave. NW,<br>    Washington D.C., 20001,<br><br>    and<br><br>SIEMENS INDUSTRY, INC.<br>    300 New Jersey Ave. N.W.,<br>    Washington D.C., 20001,<br><br>            Defendants. | Case No.: 1:21-cv-01072 |

### **MOTION FOR ADMISSION OF BRIAN C. GUDMUNDSON *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs, National Sentry Security Systems, Inc., Electricalifornia and Rick Keyser, move for the admission and appearance of Brian C. Gudmundson *pro hac vice* in the above-captioned action. As set forth in Mr. Gudmundson's

declaration, he is admitted and an active member in good standing of the bar of the highest court of Minnesota, has been admitted to practice in the District of Minnesota, and has never been disciplined by any bar. This motion is supported and signed by Victoria S. Nugent, an active and sponsoring member of the Bar of this Court.

                                                Respectfully submitted,

Dated: May 7, 2021              */s/ Victoria S. Nugent*
                                        Victoria S. Nugent (Bar ID 470800)
                                        Brian E. Johnson (Bar ID 7383932)
                                        **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                        1100 New York Ave. NW, Fifth Floor
                                        Washington, DC 220025
                                        Telephone (202) 408-4600
                                        vnugent@cohenmilstein.com
                                        bejohnson@cohenmilstein.com

                                        ***Attorneys for Plaintiffs and Proposed Class***