UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC.<br>    4022 Stonehaven Rd<br>    South Euclid, OH, 44121,<br><br>ELECTRICALIFORNIA<br>    9105 Tropico Drive<br>    La Mesa, CA 91941,<br><br>    and<br><br>RICK KEYSER,<br>    2952 Brooks Hollow Dr.<br>    Fremont, NE 68025,<br><br>Individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>SIEMENS CORP. d/b/a SIEMENS USA,<br>    300 New Jersey Ave. NW,<br>    Washington D.C., 20001,<br><br>    and<br><br>SIEMENS INDUSTRY, INC.<br>    300 New Jersey Ave. N.W.,<br>    Washington D.C., 20001,<br><br>                    Defendants. | Case No.: 1:21-cv-01072 |

**DECLARATION OF BRIAN C. GUDMUNDSON FOR ADMISSION *PRO HAC VICE***

I, Brian C. Gudmundson, hereby certify and state as follows:

1. I am a partner at the law firm Zimmerman Reed LLP, 1100 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, Tel: (612) 341-0400, Fax (612) 341-0844, email:

brian.gudmundson@zimmreed.com.

2. I certify that I am eligible for admission *pro hac vice* before this Court. I am admitted to practice and am in good standing before the Courts as set forth on the attached list of Court Admissions attached hereto as Exhibit A.

3. I have not been admitted *pro hac vice* in this Court within the last two years.

4. I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

5. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction. I agree to submit to and comport with the disciplinary jurisdiction of this Court.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 7, 2021  */s/ Brian C. Gudmundson*
Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com