# **Exhibit A**

**Motion for Admission *Pro Hac Vice* - Brian C. Gudmundson**

*National Sentry Security Systems, Inc., et al. v. Siemens Corp. d/b/a Siemens USA, et al.*
Case No: 1:20-cv-01072

I am a member in good standing and eligible to practice before the following courts:

| COURT ADMISSIONS | DATE OF ADMISSION |
|---|---|
| State Bar of Minnesota<br>Minnesota Lawyer Registration Office<br>180 East 5th Street, Suite 950<br>St. Paul, Minnesota 55101 | 10/29/2004 |
| U.S.D.C. District of Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 | 4/3/2006 |
| U.S.D.C. Northern District of Illinois<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | 4/21/2008 |
| U.S.D.C. District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, Room A105<br>Denver, CO 80294-3589 | 11/19/2016 |
| U.S. Court of Appeals, Tenth Circuit<br>Byron White U.S. Courthouse<br>1823 Stout Street<br>Denver, CO 80257-1823 | 10/02/2009 |
| U.S. Court of Appeals, Fourth Circuit<br>Lewis F. Powell Jr. Courthouse & Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 | 6/9/2016 |
| U.S. Court of Appeals, Eighth Circuit<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO. 63102 | 8/23/2016 |