IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS CORP., *et al.*,<br><br>Defendants. | Civil Action No.: 21-01072 (CJN) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of defendants Siemens Corp. and Siemens Industry, Inc.'s motion to dismiss, plaintiffs' response thereto, and the entire record herein, it is

ORDERED that defendants' motion to dismiss is GRANTED.

_____        _____
Date                                                                    Carl J. Nichols
                                                                              United States District Judge