**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC., *et al.*, | ) ) ) ) | Civil Action No.: 21-01072 (CJN) |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| SIEMENS INDUSTRY, INC., | ) ) ) |  |
| Defendant. | ) ) |  |

**CONSENT MOTION TO EXTEND DEADLINE FOR**
**SIEMENS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Siemens Industry, Inc. moves for an extension of time to file its reply in support of its Motion to Dismiss. Fed. R. Civ. P. (6)(b)(1). In support, Siemens states that:

1. On October 15, 2021, plaintiffs filed their Amended Complaint (Dkt. No. 29);

2. On October 29, 2021, Siemens filed a Motion to Dismiss the Amended Complaint (Dkt. No. 30);

3. On November 5, 2021, plaintiffs moved to transfer the case under 28 U.S.C. § 1404(a) to the Northern District of Georgia (Transfer Motion) (Dkt. No. 31);

4. On November 12, 2021, plaintiffs also filed an opposition to Siemens' Motion to Dismiss the Amended Complaint (Opposition) (Dkt. No. 32);

5. Pursuant to Local Rule 7(b), (d), Siemens' reply in support of its Motion to Dismiss is due November 19, 2021, the same date as Siemens' response to plaintiffs' pending Transfer Motion;

6. Siemens requests until December 3, 2021, to file a reply brief in support of its Motion to Dismiss the Amended Complaint;

1

7.  The undersigned has conferred with plaintiffs' counsel and plaintiffs' counsel has consented to the relief requested;

8.  This request is being made in the interests of judicial economy and in good faith and will not prejudice any party;

9.  The extension will not affect any calendared dates in this case;

10. A proposed Order is attached for the Court's convenience.

Siemens requests that this Court extend its time to file a reply in support of its Motion to Dismiss to December 3, 2021.

Dated:  November 15, 2021                          Respectfully submitted,

                                                   */s/ Toni Michelle Jackson*
                                                   Toni Michelle Jackson (D.C. Bar No. 453765)
                                                   Cheryl Falvey (D.C. Bar No. 414277)
                                                   Rachel Raphael (D.C. Bar No. 1022496)
                                                   Rukiya Mohamed (D.C. Bar No. 1048399)
                                                   **CROWELL & MORNING LLP**
                                                   1001 Pennsylvania Avenue, N.W.
                                                   Washington, D.C. 20004-2595
                                                   Telephone: (202) 624-2500
                                                   Facsimile: (202) 628-5116
                                                   tjackson@crowell.com
                                                   cfalvey@crowell.com
                                                   rraphael@crowell.com
                                                   rmohamed@crowell.com

                                                   *Attorneys for Siemens Industry, Inc.*