IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SENTRY SECURITY SYSTEMS, INC., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>            Defendant. | Civil Action No.: 21-01072 (CJN) |

**SIEMENS INDUSTRY, INC.'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL INFORMATION RELATED TO PLAINTIFFS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA**

Siemens Industry, Inc. ("Siemens") respectfully requests that the Court decline to consider *Kevin Brnich Electric LLC v. Siemens Industry, Inc.*, No. 22-cv-1229 (N.D.Ga.), the subject of plaintiffs' recent "Notice of Supplemental Information," ECF No. 37, when ruling on the pending Motion to Transfer Venue to the Northern District of Georgia ("Motion"), ECF. No. 31.

As previously set forth in Siemens' Opposition to Plaintiffs' Motion to Transfer Venue ("Opp."), ECF No. 34, Siemens has consented to jurisdiction in the District of Columbia, and the parties have spent considerable time and effort litigating in this Court. Plaintiffs' Motion is a veiled means of forum shopping. *See Lagor v. Eli Lilly and Co.*, No. 06-1967, 2007 WL 1748888, at *3 (D.D.C. June 18, 2007); *see also* Opp. at 4 (citing cases). Courts in the District of Columbia discourage such procedural gamesmanship, and *Kevin Brnich*, which was filed by the same plaintiffs' counsel on behalf of identical, putative nationwide classes, is nothing more than an improper attempt to influence the Court's decision on plaintiffs' pending Motion.

The newly-filed case involves non-Georgia plaintiffs with nearly identical allegations who assert nearly identical claims all governed by the laws of states other than Georgia. *See* Compl., *Kevin Brnich Electric LLC v. Siemens Industry, Inc.*, No. 22-cv-1229 (N.D.Ga.), ECF No. 1. The Georgia court has little more interest in hearing that case than the present one; it is only "connected" to Georgia by plaintiffs' threadbare consumer protection act claim that is unlikely to survive Siemens' forthcoming motion to dismiss. Accordingly, this Court should refuse to consider this newly-filed, inadequately pled, putative class action when ruling on plaintiffs' pending Motion to Transfer Venue to the Northern District of Georgia.

Respectfully submitted,

/s/ *Toni Michelle Jackson*
Toni Michelle Jackson (D.C. Bar No. 453765)
tjackson@crowell.com
Cheryl Falvey (D.C. Bar No. 414277)
cfalvey@crowell.com
Rachel Raphael (D.C. Bar No. 1022496)
rraphael@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Siemens Industry, Inc.*